# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| RIKA M. COOPER,<br><br>        Plaintiff,<br><br>vs.<br><br>P&M HOLDINGS, LLC dba GOLDEN STEER STEAKHOUSE, a Nevada Limited Liability Company,<br><br>        Defendants. | 2:18-cv-02027-RFB-CWH<br><br>**ORDER** |

Before the court is Defendant P&M Holdings, LLC dba Golden Steer Steakhouse's Request for Exception to ENE Attendance (ECF No. 8).

Accordingly,

IT IS HEREBY ORDERED that any opposition to Defendant P&M Holdings, LLC dba Golden Steer Steakhouse's Request for Exception to ENE Attendance (ECF No. 8) must be filed on or before December 20, 2018. No reply necessary.

DATED this 13th day of December, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE