# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| RIKA M. COOPER,<br><br>        Plaintiff,<br><br>vs.<br><br>P&M HOLDINGS, LLC dba GOLDEN STEER STEAKHOUSE,<br><br>        Defendant. | 2:18-cv-002027-RFB-CWH<br>**ORDER** |

      Before the court is Rika M. Cooper v. P&M Holdings, LLC, case no. 2:18-cv-02027-RFB-CWH. The parties were ordered to file a proposed stipulation and order for dismissal by March 29, 2019. (ECF No. 14). To date, no proposed stipulation and order for dismissal has been filed.

      Accordingly,

      IT IS HEREBY ORDERED that a status hearing is scheduled for 1:00 PM, May 23, 2019, in Courtroom 3D.

      DATED this 8th day of May, 2019.

                                                                       CAM FERENBACH<br>                                                                     UNITED STATES MAGISTRATE JUDGE