LIPSON NEILSON P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
JESSICA A. GREEN, ESQ.
Nevada Bar No. 12383
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500
(702) 382-1512 - fax
jgarin@lipsonneilson.com
jgreen@lipsonneilson.com

*Attorneys for Defendant*
*P&M Holdings, LLC dba Golden Steer Steakhouse*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RIKA M. COOPER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>P&M HOLDINGS, LLC dba GOLDEN STEER STEAKHOUSE, a Nevada Limited Liability Company,<br><br>Defendants. | CASE NO.: 2:18-cv-02027-RFB-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

## **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Plaintiff Rika M. Cooper and Defendant P&M Holdings, LLC dba Golden Steer Steakhouse, by and through their undersigned counsel, pursuant to Federal Rules of Civil Procedure 41(a), hereby stipulate to dismissal, with prejudice, of Plaintiff's Complaint, and any causes of action and claims for relief asserted in these proceedings by Plaintiff against Defendant, with each of the parties to bear their own respective attorneys' fees and costs.

| Dated this 9th day of May, 2019.<br><br>LIPSON NEILSON P.C.<br><br>/s/ Jessica A. Green<br><br>JOSEPH P. GARIN, ESQ.<br>Nevada Bar No. 6653<br>JESSICA A. GREEN, ESQ.<br>Nevada Bar No. 12383<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Defendant* | Dated this 9th day of May, 2019.<br><br>LAW OFFICES OF MICHAEL P. BALABAN<br><br>/s/ Michael P. Balaban<br><br>MICHAEL P. BALABAN, ESQ.<br>Nevada Bar No. 9370<br>10726 Del Rudini Street<br>Las Vegas, Nevada 89141<br><br>*Attorneys for Plaintiff* |
|---|---|

## **ORDER**

Based on the foregoing stipulation of parties, it is hereby ORDERED that Plaintiff's Complaint is dismissed in its entirety, with prejudice, and each party is to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated this __14th__ day of __May__, 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE